**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JARRELL D. CURNE,

    Plaintiff,

v.

CREDIT ONE BANK N.A.,

    Defendant.

Case No. 2:26-cv-01889-RFB-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.

The financial situation portrayed in Plaintiff's application is a logical impossibility, as the application indicates that Plaintiff is responsible for the support of a child, but fails to identify any income or regular monthly expenses.[1] *Id.* at 1-2.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 1. No later than **June 23, 2026**, Plaintiff must either (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court also notes that Plaintiff's address provided in the papers appears to be a house. *Cf. United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) (courts may take judicial notice of Google maps and related images). Houses are generally not free, yet Plaintiff fails to disclose any monthly expense relating to this house. *See* Docket No. 1 at 2 (question 6).

1