**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JARRELL D. CURNE, | Case No. 2:26-cv-01889-RFB-NJK |
| Plaintiff, | **Order** |
| v. | |
| CREDIT ONE BANK N.A., | |
| Defendant. | |

On June 25, 2026, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis*. Docket No. 3. The Court ordered that Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. The Court warned that failing to comply may result in a recommendation that the case be dismissed.

The Court herein **CORRECTS** that order in that the compliance deadline is July 23, 2026, not June 23, 2026.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1