**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jarrell D. Curne,<br>Plaintiff(s),<br>v.<br>Credit One Bank N.A.,<br>Defendant(s). | Case No. 2:26-cv-01889-RFB-NJK<br>**ORDER**<br>[Docket No. 5] |

Pending before the Court is Plaintiff's renewed application to proceed *in forma pauperis*. Docket No. 5. Plaintiff states therein that he is incarcerated in the United States Penitentiary Leavenworth. *See id.* at 5.

"When submitting an application to proceed *in forma pauperis*, an incarcerated or institutionalized person must simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application." Local Special Rule 1-2; *see also* 28 U.S.C. § 1915(a)(2).

In this case, Plaintiff's application is not made on the form used by prisoners and is not supported by the required inmate documentation. Plaintiff is also advised that prisoners granted *in forma pauperis* status must generally make a partial payment of the filing fee and are required to pay the full filing fee over time from their inmate accounts, even if the case is dismissed. Plaintiff may wish to carefully consider whether he wants to continue forward with this case.

Accordingly, the Court **DENIES** without prejudice Plaintiff's renewed application to proceed *in forma pauperis*. If Plaintiff chooses not to proceed further with this case, he is instructed to file a notice of voluntary dismissal. If Plaintiff chooses to proceed further with this case, no later than September 1, 2026, Plaintiff must either (1) file an application for inmates to proceed *in forma pauperis* on the correct form with complete financial attachments; or (2) pay the

$402 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to mail Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: July 15, 2026

Nancy J. Koppe
United States Magistrate Judge