**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jarrell D. Curne,<br>Plaintiff(s),<br>v.<br>Credit One Bank N.A.,<br>Defendant(s). | Case No. 2:26-cv-01889-RFB-NJK<br>**ORDER**<br>[Docket No. 8] |

Pending before the Court is Plaintiff's renewed application to proceed *in forma pauperis*. Docket No. 8. As the filing fee has now been paid,[1] the Court **DENIES** as moot the application to proceed *in forma pauperis*. The Court **INSTRUCTS** the Clerk's Office to file the complaint (Docket No. 1-1) on the docket. Plaintiff must effectuate service by December 4, 2026. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: September 3, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Plaintiff's filing fee payment is in the amount of $402. As stated in two orders in this case, the filing fee is actually $405. *See* Docket Nos. 3, 4. Nonetheless, the most recent order includes a typographical error indicating that the filing fee is $402. Docket No. 6. Given the *de minimus* difference and the typographical error in the Court's prior order, the Court deems the full filing fee paid in this case even though it is $3 short.